**Motions to Vacate and Stay Granted; Order filed December 16, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00892-CV
_____

**THE BRANCH LAW FIRM L.L.P AND TURNER W. BRANCH, Appellants**

**V.**

**W. SHANE OSBORN, Appellee**

**On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2012-34395**

## ORDER

On October 29, 2014, appellants, The Branch Law Firm L.L.P. and Turner W. Branch, filed a notice of accelerated appeal from the trial court's interlocutory order signed October 24, 2014, denying their motion to compel arbitration and stay proceedings. On November 14, 2014, the trial court granted appellee W. Shane Osborn's motion to set aside the October 24, 2014 order that is the subject of this appeal. Appellants filed a motion in the trial court to reconsider or vacate the trial court's November 14, 2014, order. According to the Harris County District Clerk's

website, the motion was denied on December 8, 2014.

Appellants have filed in this court motions to vacate the trial court's November 14, 2014, order and to stay proceedings in the court below pending our resolution of this interlocutory appeal. Appellants complain the trial court's action violates Rule 29.5(b), which states the trial court must not make an order that "interferes with or impairs the jurisdiction of the appellate court or effectiveness of any relief sought or that may be granted on appeal." Tex. R. App. P. 29.5(b). When an interlocutory appeal is pending and a trial court's subsequent order interferes with or impairs the effectiveness of the appellate relief sought, Rule 29.6 allows an appellate court to review "any interlocutory order that interferes with or impairs the effectiveness of the relief sought or that may be granted on appeal." *Garcia v. Marichalar*, 185 S.W.3d 70, 72 (Tex. App.—San Antonio 2005, no pet.) (citing Tex. R. App. P. 29.6(a)(2)).

The trial court's November 14, 2014 order interferes with or impairs the effectiveness of the relief appellants seek or that may be granted on appeal. *See* Tex. R. App. P. 29.5(b). Accordingly, we **GRANT** appellants' motion to vacate and **ORDER** the trial court's November 14, 2014 order setting aside its October 24, 2014 order denying appellants' motion to compel arbitration **VACATED.**

When an appeal from an interlocutory order is pending, this court may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal. *See* Tex. R. App. P. 29.3. We **GRANT** appellants' motion to stay proceedings in the court below and issue the following order:

We **ORDER** the trial set for February 16, 2015, and any further action on appellants' motion to compel arbitration are **STAYED** pending resolution of this appeal.

In appellee's response to appellants' motion to stay, appellee requested that this appeal be dismissed. Appellee's dismissal request shall be carried with the case.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.